IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYLIN NICHOLAS,<br><br>        Plaintiff,<br><br>  v.<br><br>SAFE HAVEN SECURITY SERVCES, LLC, et al.,<br><br>        Defendants. | No.  2:25-CV-2345-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this civil action.  The parties have filed a stipulation of voluntary dismissal.  See ECF No. 6.  Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this file.

        IT IS SO ORDERED.

Dated:  October 31, 2025

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE